**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** UTAH
SALT LAKE CITY **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Gary Lloyd Mcdonald | § | Case No. 23-24998 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP G. JONES, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  350 South Main Street
  #301
  Salt Lake City, UT  84101

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 17 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held via zoom on 07/31/2024, at 10:30 am.  Instruction for appearing may be found at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated:    07/02/2024          By: /s/ Philip G. Jones
                                          Trustee

*Philip G. Jones*
*1215 South Main St*
*Orem, UT 84058*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
SALT LAKE CITY DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| Gary Lloyd Mcdonald | § | Case No. 23-24998 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 8,571.75 |
| and approved disbursements of | $ | 16.54 |
| leaving a balance on hand of[1] | $ | 8,555.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Philip G Jones | $ 1,607.18 | $ 0.00 | $ 1,607.18 |
| Trustee Expenses: Philip G Jones | $ 14.89 | $ 0.00 | $ 14.89 |

| | |
| --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ 1,622.07 |
| Remaining Balance | $ 6,933.14 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $72,351.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Lvnv Funding, Llc | $ 20,956.83 | $ 0.00 | $ 2,008.20 |
| 2 | Cyprus Credit Union | $ 15,085.40 | $ 0.00 | $ 1,445.56 |
| 3 | Lvnv Funding, Llc | $ 36,309.59 | $ 0.00 | $ 3,479.38 |

Total to be paid to timely general unsecured creditors    $ 6,933.14

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Philip G. Jones

Trustee

*Philip G. Jones*
*1215 South Main St*
*Orem, UT 84058*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
District of Utah

In re:  Case No. 23-24998-JTM
Gary Lloyd McDonald  Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: admin Page 1 of 2
Date Rcvd: Jul 02, 2024 Form ID: pdftrfnl Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Lloyd McDonald, 10315 South Temple View Drive, South Jordan, UT 84095-8915 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12328623 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2024 23:14:08 | Ally Bank Dept, AIS Portfolio Services, 4515 North Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 12328624 | + | Email/Text: bankruptcy@credencerm.com | Jul 02 2024 23:01:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 12328625 | + | Email/Text: collectionsclerks@cypruscu.com | Jul 02 2024 23:00:00 | Cyprus Credit Union, P O Box 9002, West Jordan, UT 84084-9002 |
| 12328626 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2024 23:00:00 | IRS, Centralized Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12401862 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 23:14:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12328627 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 23:14:04 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 12328628 | + | Email/Text: TXBANKRUPT@UTAH.GOV | Jul 02 2024 23:00:00 | Utah State Tax Commission, BK Unit, 210 North 1950 West, Salt Lake City, UT 84134-9000 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 1088-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 02, 2024 | Form ID: pdftrfnl | Total Noticed: 8

Date: Jul 04, 2024　　　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Nicholas R. Russell | on behalf of Debtor Gary Lloyd McDonald nrussell@roruss.com paralegal@roruss.com;rorusslaw@gmail.com;srogers@roruss.com;bwhiting@roruss.com;r47264@notify.bestcase.com |
| Philip G. Jones tr | trustee@theo7.com PJones2@ecf.axosfs.com |
| Steven M. Rogers | on behalf of Debtor Gary Lloyd McDonald srogers@roruss.com nrussell@roruss.com;rorusslaw@gmail.com;paralegal@roruss.com;r47264@notify.bestcase.com;bwhiting@roruss.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4